**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| DONNA HOPKINS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 2:18-CV-00042-RWS |
| ) | |
| PHH MORTGAGE CORPORATION,) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF DONNA HOPKINS TO RESPOND TO DEFENDANT PHH MORTGAGE CORPORATION'S MOTION TO DISMISS**

COME NOW, Plaintiff Donna Hopkins ("Plaintiff Hopkins") and Defendant PHH Mortgage Corporation ("Defendant PHH"), and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for additional time for Plaintiff Hopkins to respond to Defendant PHH's Motion to Dismiss, up through and until May 4, 2018.

In support of this Motion, the parties show this Court as follows:

1. On March 7, 2018, Plaintiff Hopkins originally filed this case in the Superior Court of Habersham County, Georgia ("State Court"). [Doc. 1].

2. On March 7, 2018 Plaintiff Hopkins served Defendant PHH with discovery, filed a Motion for Temporary Restraining Order and Interlocutory Injunction

and Brief in Support Thereon simultaneously with the filing to this case in State Court. [Doc. 1].

3. On March 16, 2018, the State Court entered an order granting Plaintiff Hopkins a temporary restraining order ("TRO") restraining Defendant PHH from foreclosing on Plaintiff Hopkins's property. [Doc. 1].

4. On April 5, 2018, this case was removed to this Court by Defendant PHH. [Doc 3].

5. Defendant PHH's Motion to Dismiss, Motion to Stay Discovery and Pre-Trial Deadlines, Response to Motion for Temporary Restraining Order and Interlocutory Injunction, and Motion to Dissolve the TRO was also filed on April 5, 2018. [Doc. 3-7].

6. On April 11, 2018, and after an opportunity to confer, Plaintiff Hopkins and Defendant PHH filed a Joint Motion to Stay Discovery, Pre-Trial Deadlines, and Motions regarding Injunctive Relief until a ruling can be obtained on Defendant PHH's Motion to Dismiss. [Doc. 11].

7. Plaintiff Hopkins is due to respond to Defendant PHH's Motion to Dismiss on or before April 19, 2018. [Doc. 3].

8. Plaintiff Hopkins and Defendant PHH have conferred and agree that they wish to continue litigating this matter without undue delay, yet both parties

2

    feel that obtaining initial settlement correspondence from one another, and engaging in preliminary settlement negotiations, it is of the highest priority.

9. Due to time constraints and scheduling conflicts, Plaintiff Hopkins is unable to provide Defendant PHH with initial settlement correspondence within the time frame sought by Defendant PHH and also meet the deadline for responding to Defendant PHH's Motion to Dismiss.

10. For these reasons, Plaintiff Hopkins and Defendant PHH conferred and have agreed to extend Plaintiff Hopkins' deadline to respond to Plaintiff PHH's Motion to Dismiss up through and until May 4, 2018 and both parties feel that this extension is appropriate and desirable in light of the current circumstances.

11. This requested extension will not result in prejudice to either party nor will it substantially delay the proceedings in this matter.

Based on the foregoing, Plaintiff Hopkins and Defendant PHH respectfully request this Court to issue an Order extending the time for Plaintiff Hopkins to respond to Defendant PHH's Motion to Dismiss up through and including May 4, 2018. A proposed order is attached to this Joint Motion for the Court's consideration.

Dated: April 18, 2018.

3

**SMITH WELCH WEBB & WHITE, LLC**

/s/ Miranda N. Hanley
Miranda N. Hanley
Georgia Bar No. 451274
Orion Gregory Webb
Georgia Bar No. 479611
280 Country Club Drive, Suite 300
Stockbridge, GA 30281
Telephone: (770) 389-4864
mhanley@smithwelchlaw.com
owebb@smithwelchlaw.com
**COUNSEL FOR PLAINTIFF**


**ALDRIDGE PITE, LLP**
/s/ Dallas R. Ivey
Dallas R. Ivey
Georgia Bar No. 385145
Fifteen Piedmont Center
3575 Piedmont Road, NE, Suite 500
Atlanta, GA 30305
Telephone: (404) 994-7655
divey@aldridgepite.com
**COUNSEL FOR DEFENDANT**

4

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the foregoing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1(C). Specifically, Times New Roman font was used in 14 point.

/s/ Miranda N. Hanley
Miranda N. Hanley
Georgia Bar No. 451274

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**SMITH WELCH WEBB & WHITE, LLC**

<u>/s/ Miranda N. Hanley</u>
Miranda N. Hanley
Georgia Bar No. 451274
Orion Gregory Webb
Georgia Bar No. 479611
280 Country Club Drive, Suite 300
Stockbridge, GA 30281
Telephone: (770) 389-4864
owebb@smithwelchlaw.com

**COUNSEL FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **DONNA HOPKINS,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 2:18-CV-00042-RWS |
| ) | |
| **PHH MORTGAGE CORPORATION,**) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND PLAINTIFF DONNA HOPKINS'S DEADLINE TO RESPOND TO DEFENDANT PHH MORTGAGE CORPORATION'S MOTION TO DISMISS**

This matter came before this Court by Joint Motion to Extend Plaintiff Donna Hopkins's ("Plaintiff Hopkins") Deadline to Respond to Defendant PHH Mortgage Corporation's ("Defendant PHH") Motion to Dismiss. [Doc. 12].

On March 7, 2018, Plaintiff Hopkins originally filed this case in the Superior Court of Habersham County, Georgia ("State Court"). [Doc. 1]. Plaintiff Hopkins served Defendant PHH with discovery, filed a Motion for Temporary Restraining Order and Interlocutory Injunction and Brief in Support Thereon simultaneously with the filing to this case in State Court. [Doc. 1]. The State Court entered an order granting Plaintiff Hopkins a temporary restraining order ("TRO") restraining Defendant PHH from foreclosing on Plaintiff Hopkins's property on March 16, 2018. [Doc. 1]. On April 5, 2018, this case was removed to this Court by

7

Defendant PHH. [Doc 3]. Defendant PHH's Motion to Dismiss, Motion to Stay Discovery and Pre-Trial Deadlines, Response to Motion for Temporary Restraining Order and Interlocutory Injunction, and Motion to Dissolve the TRO was also filed on April 5, 2018. [Doc. 3-7]. Plaintiff Hopkins and Defendant PHH filed a Joint Motion to Stay Discovery, Pre-Trial Deadlines, and Motions regarding Injunctive Relief until a ruling can be obtained on Defendant PHH's Motion to Dismiss on April 11, 2018. [Doc. 11]. Plaintiff Hopkins is due to respond to Defendant PHH's Motion to Dismiss on or before April 19, 2018. [Doc. 3].

    The Court has considered the Joint Motion to Extend Plaintiff Donna Hopkins's Deadline to Respond to Defendant PHH Mortgage Corporation's Motion to Dismiss. In light of the information presented by the parties, this Court hereby **GRANTS** the Joint Motion and **ORDERS** that Plaintiff Donna Hopkins has up through and until May 4, 2018 to file a response to Defendant PHH Mortgage Corporation's Motion to Dismiss.

Prepared, Presented, and Consented to By:

*(Signatures of following page)*

| | |
|---|---|
| **SMITH, WELCH, WEBB & WHITE, LLC** | **ALDRIDGE PITE, LLP** |
| /s/ Miranda N. Hanley<br>Miranda N. Hanley<br>Georgia Bar No. 451274<br>Attorney for Plaintiff<br>280 Country Club Drive, Suite 300<br>Stockbridge, GA 30281<br>Telephone: (770) 389-4864<br>mhanley@smithwelchlaw.com | /s/ Dallas R. Ivey<br>Dallas R. Ivey<br>Georgia Bar No. 385145<br>Attorney for Defendant<br>Fifteen Piedmont Road, NE, Suite 500<br>Atlanta, GA 30305<br>Telephone: (404) 944-7655<br>divey@aldridgepite.com |