# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **DONNA HOPKINS,** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. |
| | ) |
| v. | ) 2:18-CV-0042-RWS-JCF |
| | ) |
| **PHH MORTGAGE CORPORATION,** | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC, TRANS UNION,** | ) |
| **LLC, and EXPERIAN** | ) |
| **INFORMATION SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT WITH DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW, Plaintiff Donna Hopkins, by and through counsel, and hereby informs this Court that a settlement has been reached with Defendants Equifax Information Services, LLC, Trans Union, LLC, and Experian Information Solutions, Inc. A Motion to Dismiss these defendants will be forthcoming upon Plaintiff's receipt of payment.

Respectfully submitted, this 14th day of May, 2019.

    /s/ Orion G. Webb
    Orion G. Webb
    Georgia Bar No. 479611
    Smith Welch Webb & White, LLC
    280 Country Club Drive #300

        Stockbridge, Georgia 30281
        (770) 389-4864 (telephone)
        (770) 389-5193 (facsimile)
        owebb@smithwelchlaw.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

>/s/ Orion G. Webb
>Orion G. Webb
>Georgia Bar No. 479611
>Smith Welch Webb & White, LLC
>280 Country Club Drive #300
>Stockbridge, Georgia 30281
>(770) 389-4864 (telephone)
>(770) 389-5193 (facsimile)
>owebb@smithwelchlaw.com
>*Attorney for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Plaintiff's counsel hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.

**SMITH, WELCH, WEBB & WHITE, LLC**

**/s/ Miranda N. Hanley**
Miranda N. Hanley